# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

## MAGISTRATE'S COURTROOM MINUTES

UNITED STATES OF AMERICA

v.

ROBERT WOLTER

MAGISTRATE JUDGE: __MICHAEL A. HAMMER__

MAGISTRATE NO.: __19-mj-4106__
DATE OF PROCEEDINGS: __2/7/2019__

DATE OF ARREST: __2/7/2019__

PROCEEDINGS: __Initial Appearance__

(✓) COMPLAINT
(✓) ADVISED OF RIGHTS
( ) WAIVER OF COUNSEL
(✓) APPT. OF COUNSEL: ✓ AFPD ___CJA
( ) WAIVER OF HRG.: ___PRELIM ___REMOVAL
( ) CONSENT TO MAGISTRATE'S JURISDICTION
( ) PLEA ENTERED: ___GUILTY ___NOT GUILTY
( ) PLEA AGREEMENT
( ) RULE 11 FORM
(✓) FINANCIAL AFFIDAVIT EXECUTED
( ) OTHER_____

( ) TEMPORARY COMMITMENT
(✓) CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
( ) BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
( ) BAIL SET: _____
     ( ) UNSECURED BOND
     ( ) SURETY BOND SECURED BY CASH / PROPERTY
( ) TRAVEL RESTRICTED _____
( ) REPORT TO PRETRIAL SERVICES
( ) DRUG TESTING AND/OR TREATMENT
( ) MENTAL HEALTH TESTING AND/OR TREATMENT
( ) SURRENDER &/OR OBTAIN NO PASSPORT
( ) SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

HEARING(S) SET FOR:

(✓) PRELIMINARY / REMOVAL HRG.
( ) DETENTION / BAIL HRG.
( ) TRIAL: ___COURT ___JURY
( ) SENTENCING
( ) OTHER: _____

DATE: __2/21/19 at 2PM before MAH__
DATE: _____
DATE: _____
DATE: _____
DATE: _____

APPEARANCES:

AUSA __Tracey Agnew, AUSA__

DEFT. COUNSEL __Peter Carter, AFPD__

PROBATION _____

INTERPRETER _____
    1.    Language: (          )

Time Commenced: __4:21 p.m.__
Time Terminated: __4:35 p.m.__
CD No: __ECR__

*Stephen Bond*

DEPUTY CLERK